IN THE UNITED STATES DISTRICT COURT
FO THE DISTRICT OF COLORADO

CIVIL ACTION NO. 14-CV-00041-BNB

AHMED KHALFAN GHAILANI,
       Plaintiff,
v.
ERIC HOLDER, US ATTORNEY GENERAL,
US ATTORNEY'S OFFICE, SDNY,
FEDERAL BUREAU OF INVESTIGATION,
OFFICE OF ENFORCEMENT OPERATIONS,
FEDERAL BUREAU OF PRISONS, and
DAVID BERKEBILE, ADX WARDEN,
       Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 24 2014
JEFFREY P. COLWELL
CLERK

DECLERATION IN SUPPORT OF PLAINTIFF'S
MOTION FOR THE APPOINTMENT
OF COUNSEL

I am the plaintiff in the above entitled case. I make this declaration in support of my motion for this appointment of counsel.

Pursuant to 28 USC Sec. 1746, I declared under penalty of perjury that the facts and information stated in the motion for the appointment of counsel are true to the best of my knowledge and belief.

Dated February 19, 2014.

Respectfully submitted,

*A. Ghay.*

Ahmed K. Ghailani
# 02476-748
US Penitentiary Max
P O Box 8500
Florence, Co 81226-8500

## CERTIFICATE OF SERVICE

I hearby certify that a copy of these documents were mailed to Susan Prose, Assistant US Attorney, counsel for defendants at 1225 17th Street, Suite 700 Denver, CO 80202 on February 19, 2014.

*A. Ghay.*

Ahmed K. Ghailani
#02476-748
U.S. Penitentiary Max
P O Box 8500
Florence, CO 81226-8500