IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00041-BNB

AHMED KHALFAN GHAILANI,

      Plaintiff,

v.

ERIC HOLDER, US ATTORNEY GENERAL,
US ATTORNEY'S OFFICE, SDNY,
FEDERAL BUREAU OF INVESTIGATION,
OFFICE OF ENFORCEMENT OPERATIONS,
FEDERAL BUREAU OF PRISONS, and
DAVID BEREKBILE, ADX Warden,

      Defendants.

---

## ORDER DRAWING CASE

---

      After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* d.c.colo.lcivr 8.1(c).  Accordingly, it is

      ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

      DATED March 12, 2014, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge