United States District Court
District of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 10 2014
JEFFREY P. COLWELL
CLERK

Ahmed Khalfan Ghailani,
Plaintiff

14-CV-00041-CMA-BNB

V.

Eric Holder, et al,
Defendants

Christopher Donnelly, Intervenor
Tyson Kint, Intervenor
Christopher Wirth, Intervenor
Jimmy James Thule, Intervenor
Edward Breivik, Intervenor
James Holmes, Intervenor
Jared Lee Loughner, Intervenor
Jodi Ann Arias, Intervenor

Motion to Intervene as Plaintiffs with newly discovered Evidence under Rule 24(A)², Rule 24(B)

Comes Now, Christopher Donnelly, Tyson Kint, Christopher Wirth, Jimmy James Thule, Edward Breivik, James Holmes, Jared Lee Loughner, Jodi Ann Arias moves to Intervene under Rule 24(A)² - as a matter of Right. Rule 24(B) - permissive Intervention. We have a common vested interest in support of Mr. Ghailani's claims. SAM's are unconstitutional, we have Exhibits, photographs to submit as Audence. We pray for relief

Respectfully,

_[signature]_ 7-4-14

hristopher Wirth
A2120
)1 Institution DR
:llefonte, PA 16823

_[signature]_ 7-4-14

Christopher Donnelly
JK5048
301 Institution DR
Bellefonte, PA 16823

_[signature]_ 7-1-14

mmy James Thule
18 George Rd
ns River, NJ 08753

_[signature]_ 7-4-14

Tyson Kint
HKS198
301 Institution DR
Bellefonte, PA 16823

_[signature]_ 6-26-14

James Holmes
375 S. Potomac St.
ntennial, CO 80112

_[signature]_ 6-24-14

Edward Breivik
1586 Lawrence Rd
Lawrence, NJ 08648

_[signature]_ 6-30-14

li Ann Arias
58434
39 West Durango St
enix, AZ 85009

_[signature]_ 6-25-14

Jared Lee Loughner
P.O. Box 4000
Springfield, MO 65801