IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| AHMED KHALFAN GHAILANI, Plaintiff, v. ERIC HOLDER, U.S. ATTORNEY GENERAL, et al., Defendants. | CIVIL ACTION No. 14-CV-0041-CMA-BNB |

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 13 2014
JEFFREY P. COLWELL
CLERK

## MOTION TO INTERVENE

I, Mohammad A. Salameh, am seeking to intervene in this case as a plaintiff as a matter of right under Fed. Civ. P. 24 (a).

I am a prisoner Reg. No. 34338-054 under custody of Federal Bureau of Prisons ("BOP"), currently incarcerated at United States Penitentiary-Administrative Maximum ("ADX") in Florence, Colorado.

As Plaintiff Ghailani, I am housed at H-Unit under Special Administrative Measures ("SAMs"), and under the same conditions.

Plaintiff Ghailani and I share common question of law and facts, namely, determining the constitutionality of the "SAMs", and whether the "SAMs" restric-

=tions violate his and my constitutional rights. I, therefore, will adopt Ghailani's complain, claims, and demands as my own.

    To allow me to intervene will give me the ability to provide additional input and evidence to support the case.

    Intervention requested here will not prejudice Plaintiff Ghailani or Defendants at this early stage of the case while discovery has not commenced yet.

    For the reasons stated above, I respectfully request that this Court allows me to intervene as plaintiff in this case.

    Respectfully submitted on this 11th day of August, 2014.

                               /s/ MhS
                               Mohammad A. Salameh
                               Reg. No. 34338-054
                               ADX U.S. Penitentiary-Maximum
                               P.O. Box 8500
                               Florence, CO 81226

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION TO INTEVENE was mailed to Susan Prose, Assistant U.S. Attorney for District of Colorado, Counsel for Defendants at: 1225 17th St, Suite 700 Denver, CO 80202

Dated August 11, 2014.

*Mohil*
Mohammad A. Salameh
Reg. No. 34338-054
ADX U.S. Penitentiary- Maximum
P.O. Box 8500
Florence, CO 81226-8500