In The United States District
District of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 22 2014
JEFFREY P. COLWELL
CLERK

Civil action No. 14-CV-00041-CMA-BNB

Ahmed Khalfan Ghailani, Plaintiff
V.
Eric Holder, U.S. Attorney General, et al, Defendants

## Motion to Intervene

I, Wadih E. EL-HAGE am seeking to intervene in this case as a plaintiff as matter of right, under Fed. R. Civ. P. 24(a).

I am a prisoner in the custody of Federal Bureau of Prisons (BOP), prisoner No. 42393-054, currently incarcerated at ADX-Florence, Colorado.

My conditions and situation are the same as plaintiff Ghailani. I am housed at H-unit under the Special Administrative Measures (SAMs).

Plaintiff Ghailani and I share common question of law and fact, namely, determining the constitutionality of the SAMs, and whether it violates our constitutional rights.

Therefore, I am adopting plaintiff's complaints, demands and claims as my own.

Intervention requested here will not → ②

prejudice plaintiff Ghailani or Dependants at this early stage of the case, while discovery has not commenced yet.

    I have exhibits to submit as evidence, disposition of this case without allowing me to provide the additional evidence, may impair my ability to raise these questions in the future.

    For the reasons stated above, I respectfully request that this court allows me to intervene as a plaintiff in this case.

    Respectfully submitted on this 15th day of August, 2014

Wadih El-Hage, Reg NO. 42393-054
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO. 81226-8500