# Clarke & Rice, *a Professional Corporation*

Attorneys at Law - 1010 Second Avenue, Suite 1800, San Diego, California, 92101

August 25, 2014

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**AUG 28 2014**

JEFFREY P. COLWELL
CLERK

Honorable Boyd N. Boland
United States Magistrate Judge
District of Colorado
United States Courthouse
901 19th Street
Denver, Colorado 80294-3589

Re: Jared Loughner
Ghailani v Holder, 14-CV-0041-CMA-BNB

Dear Judge Boland:

    I write on behalf of Jared Loughner, who I represented in the District of Arizona on federal capital charges arising out of shootings in Tucson, Arizona in January 2011. Mr. Loughner is currently serving multiple life sentences as a result of his pleas of guilty in that case, and is housed at the Medical Center for Federal Prisoners at Springfield, Missouri.

    Very recently, Mr. Loughner received papers in connection with a case pending in the District of Colorado, Ghailani v. Holder, which indicated that he was one of a number of individuals seeking to intervene in that case. Mr. Loughner has advised that he did not sign a request to intervene in the Ghailani v. Holder case, and does not seek to intervene in that case.

Sincerely,

Judy Clarke

cc: AUSA Mary Sue Feldmeier, District of Arizona

judyclarke@jcsrlaw.net
speedyrice@jcsrlaw.net

619.308.8484 (office)
619.243.7386 (fax)