

OFFICE OF THE STATE PUBLIC DEFENDER

DOUGLAS K. WILSON
STATE PUBLIC DEFENDER

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 6 2014

JEFFREY P. COLWELL
CLERK

October 3, 2014

To Whom It May Concern:

Re:   Ghailani v. Holder et al. 1:14-cv-00041-CMA-BNB

I am legal counsel for James Holmes in a criminal case in Colorado (People v. Holmes, Arapahoe County case 12CR1522). Mr. Holmes is not involved in the above-mentioned action in your jurisdiction. He has not written, signed, or filed anything in your case. We do not know how his name became associated with your case. Please make note of this in your records. Thank you.

Sincerely,

Tamara A. Brady
Chief Trial Deputy