IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00041-CMA-BNB

AHMED KHALFAN GHAILANI,

Plaintiff,

v.

ERIC HOLDER, US ATTORNEY GENERAL,
US ATTORNEY'S OFFICE, SDNY,
FEDERAL BUREAU OF INVESTIGATION,
OFFICE OF ENFORCEMENT OPERATIONS,
FEDERAL BUREAU OF PRISONS, and
DAVID BERKEBILE, ADX Warden,

Defendants.
_____

**ORDER**
_____

This matter arises on the following (the "Motions"):

(1) **Motion to Intervene as Plaintiffs with Newly Discovered Evidence Under Rule 24(A)? Rule 24(B)** [Doc. #34, filed 07/10/2014];

(2) **Motion to Intervene** [Doc. #44, filed 08/13/2014];

(3) **Motion to Intervene** [Doc. #45, filed 08/22/2014]; and

(4) **Motion to Intervene** [Doc. #56, filed 10/14/2014].

The Motions are filed by individuals seeking to intervene in this action. Separately, I have recommended that the action be dismissed. Accordingly,

IT IS ORDERED that the Motions are DENIED AS MOOT.

Dated November 3, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge