# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00041-CMA-BNB

AHMED KHALFAN GHAILANI, Individually,

    Plaintiff,

v.

ERIC HOLDER, US ATTORNEY GENERAL,
US ATTORNEY'S OFFICE, SDNY,
FEDERAL BUREAU OF INVESTIGATION,
OFFICE OF ENFORCEMENT OPERATIONS,
FEDERAL BUREAU OF PRISONS, AND
DAVID BERKEBILE, ADX WARDEN,

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Adopting and Affirming November 3, 2014 Recommendation of United States Judge That All Claims Be Dismissed of Judge Christine M. Arguello entered on January 30, 2015 it is

    ORDERED that the Recommendation of United States Magistrate Judge Boyd N. Boland (Doc. No. 58) is AFFIRMED and ADOPTED as an Order of this Court. It is

    FURTHER ORDERED that Defendants' Motion to Dismiss (Doc. No. 35) is GRANTED and the claims against Defendants are DISMISSED WITH PREJUDICE. It is

    FURTHER ORDERED that the case is dismissed in its entirety. It is

FURTHER ORDERED that the Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 30th day of January, 2015.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

            By: s/   A. Thomas
                Deputy Clerk