IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00041-CMA-BNB

AHMED KHALFAN GHAILANI,

    Plaintiff,

v.

JEFFERSON B. SESSIONS, III, United States Attorney General,
UNITED STATES ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF NEW YORK;
FEDERAL BUREAU OF INVESTIGATION;
OFFICE OF ENFORCEMENT OPERATIONS;
FEDERAL BUREAU OF PRISONS; and
JACK FOX, ADX Warden;

    Defendants.

## DEFENDANTS' STATUS REPORT

This Status Report is submitted pursuant to the Court's August 28, 2017, order directing Defendants[1] to inform the Court "as to the status of the case pursuant to the Mandate."  *See* Doc. 97.

The Court should dismiss as moot Claims Two through Six in their entirety.  The United States Court of Appeals for the Tenth Circuit reversed this Court's order dismissing Mr. Ghailani's claims challenging his past Special Administrative Measures ("SAMs"), concluding "that all of the claims Mr. Ghailani has raised relating to his SAM restrictions are moot."  *Ghailani v. Sessions*, No. 15-1128, Doc. 94 at 12; *see also id.* at 7-11, 18.

---

[1] Attorney General Sessions and Warden Fox are substituted here pursuant to Fed. R. Civ. P. 25(d).

The Court of Appeals also found that this Court properly dismissed the free-exercise claim under Claim One. *Id.* at 17 (concluding that "the district court properly dismissed Mr. Ghailani's First Amendment claim alleging that the prison violated his free exercise rights by not allowing him to pray Jumu'ah").

However, the Tenth Circuit found that a Religious Freedom Restoration Act ("RFRA") claim under Claim One should go forward. The Court of Appeals defined that claim as a challenge to Mr. Ghailani's "right to freely exercise his religion by praying Jumu'ah once a week[.]" *Id.* at 18 (reversing and remanding the dismissal of the RFRA claim for further proceedings). The Court of Appeals found that Mr. Ghailani "challenged not only the SAMs but also the policy created specifically to target [his] ability to freely exercise his religion." *Id.* at 12 (internal quotation marks omitted). Defendants understand the claim countenanced by the Court of Appeals to be a challenge to any restrictions on Mr. Ghailani's ability to pray with others that may apply to his *current* confinement. *See* Second Amended Complaint, Doc. 13 at 27-28 (seeking injunctive relief only).

Now that the parameters of Mr. Ghailani's RFRA claim have been redefined by the Court of Appeals, Defendants have reevaluated whether Mr. Ghailani has completed the mandatory exhaustion process as to that claim. Circumstances have changed since Mr. Ghailani filed this case. Since the removal of his SAMs in June 2015, Mr. Ghailani has continued to progress through the ADX Step-Down Program for general-population inmates, which is the way inmates transition out of the ADX. Defendants plan to file a motion for summary judgment based on lack of exhaustion of

administrative remedies.  Defendants anticipate that they will file that motion within ten days of the date of this Status Report.

Defendants are still evaluating whether they will request a stay of discovery pending resolution of the motion for summary judgment.  However, Defendants respectfully suggest that the approach that may best facilitate the goal of judicial economy may be to defer establishing a discovery schedule until the Court has an opportunity to review the motion for summary judgment.  If Mr. Ghailani has not exhausted the claim which the Court of Appeals has allowed to go forward, neither the Court nor the parties need bear the burdens associated with the discovery process.

Respectfully submitted on September 11, 2017.

>ROBERT C. TROYER
> Acting United States Attorney
>
> s/ *Susan Prose*
> Susan Prose
> Assistant United States Attorney
> 1801 California Street, Suite 1600
> Denver, Colorado  80202
> Tel: (303) 454-0100
> Fax: (303) 454-0404
> E-mail: susan.prose@usdoj.gov
>
> Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2017, I directed that the foregoing document be served on the following non-CM/ECF participants in the manner indicated:

Ahmed Khalfan Ghailani (U.S. Mail)
Reg. No. 02476-748
FLORENCE ADMAX USP
P.O. Box 8500
Florence, CO  81226

Agency counsel (by email)

s/ *Susan Prose*
Susan Prose