**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00041-CMA-BNB

AHMED KHALFAN GHAILANI,

      Plaintiff,

v.

JEFFERSON B. SESSIONS, III, United States Attorney General,
U.S. ATTORNEY'S OFFICE, SDNY;
FEDERAL BUREAU OF INVESTIGATION;
OFFICE OF ENFORCEMENT OPERATIONS;
FEDERAL BUREAU OF PRISONS; and
JACK FOX, ADX Warden;

      Defendants.

## STATUS REPORT CONCERNING PLAINTIFF'S ADDRESS

      The government respectfully provides notice that Mr. Ghailani was recently transferred to a different Federal Bureau of Prisons institution. His current address is:

      Ahmed Khalfan Ghailani
      Reg. No. 02476-748
      USP McCreary
      U.S. Penitentiary
      P.O. Box 3000
      Pine Knot, KY 42635

      Undersigned counsel became aware of this move after the Court posted docket entry 106, stating that recent mail to Mr. Ghailani had been returned as undeliverable.

Respectfully submitted on July 17, 2019.

        JASON R. DUNN
        United States Attorney

        s/ *Susan Prose*
        Susan Prose
        Assistant United States Attorney
        1801 California Street, Suite 1600
        Denver, Colorado  80202
        Tel: (303) 454-0100
        Fax: (303)454-0411
        E-mail: susan.prose@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2019, I directed that the foregoing document be served on the following non-CM/ECF participant in the manner indicated by the nonparticipant's name:

Ahmed Khalfan Ghailani (U.S. mail)
Reg. No. 02476-748
ADX – Florence
P.O. Box 8500
Florence, CO  81226

Ahmed Khalfan Ghailani (U.S. mail)
Reg. No. 02476-748
USP McCreary
U.S. Penitentiary
P.O. Box 3000
Pine Knot, KY 42635

s/ *Susan Prose*
Susan Prose